**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY HUNTER**                                              **PLAINTIFF**

**v.**                       **No. 4:25-cv-769-DPM**

**GREENWICH INSURANCE COMPANY**                    **DEFENDANT**

**ORDER**

Hunter properly served Greenwich Insurance Company on 18 September 2025. *Doc. 4.* Hunter's process server served the summons and the complaint on Greenwich's registered agent, and filed an affidavit with the Court. Fed. R. Civ. P. 4(h); Ark. R. Civ. P. 4(f)(5). After Greenwich failed to answer or respond, the Clerk entered a default, *Doc. 6.* Fed. R. Civ. P. 55(a). Greenwich has conceded the pleaded liability facts by not responding to the complaint. Hunter is entitled to whatever underinsured coverage exists, adjusted for his recovery against the other driver, and subject to proof about his injuries and resulting medical expenses.

Hunter's motion, *Doc. 5*, is granted. The Court will hold an evidentiary hearing on damages at 9:00 a.m. on Friday 22 May 2026 in courtroom 1A of the Richard Sheppard Arnold United States Courthouse in Little Rock. *Everyday Learning Corp. v. Larson*, 242 F.3d 815, 818 (8th Cir. 2001). Hunter must serve this Order on Greenwich by

authorized process server, and file proof of service, as soon as practicable. Notice of service due by 30 March 2026.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

24 February 2026

–2–