**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY HUNTER**                                                    **PLAINTIFF**

**v.**                              **NO. 4:25-cv-00769-DPM**

**GREENWICH INSURANCE COMPANY**                          **DEFENDANT**

### ORDER

This case has been referred for the purpose of conducting an evidentiary hearing on damages and making a recommendation on damages to United States District Judge D.P. Marshall Jr. In preparation for that hearing, plaintiff Larry Hunter ("Hunter") is directed to file a brief outlining, <u>inter alia</u>, the relevant facts and/or evidence he intends to offer at the hearing, any controlling legal authority, and any other relevant matter that might aid the Court in making a recommendation to Judge Marshall. Hunter shall file his brief by no later than the close of business on May 6, 2026.

IT IS SO ORDERED this 21st day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE