**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY HUNTER** **PLAINTIFF**

**v.** **No. 4:25-cv-769-DPM**

**GREENWICH INSURANCE COMPANY** **DEFENDANT**

**ORDER**

On *de novo review*, the Court sustains Greenwich's objections, *Doc. 23*, and declines Magistrate Judge Harris's recommendation, *Doc. 22*. Fed. R. Civ. P. 72(b)(3). Applying the *Pioneer* factors and considering all material circumstances, the Court sets aside the Clerk's entry of default and the Order on liability. Fed. R. Civ. P. 60(b)(1); *Johnson v. Dayton Electric Manufacturing Co.*, 140 F.3d 781, 784–85 (8th Cir. 1998). Greenwich's reason for the delay is excusable. Its third-party claims administrator who reviewed the complaint and other court filings inadvertently believed them to be part of Hunter's ongoing worker's compensation claims, which is a regrettable but understandable mistake. *Doc. 20-2*; *United States ex rel. Shaver v. Lucas Western Corp.*, 237 F.3d 932, 933 (8th Cir. 2001). The Court sees no intentional delay or bad faith on Greenwich's part. *Giles v. Saint Luke's Northland-Smithville*, 908 F.3d 365, 369 (8th Cir. 2018). And although Greenwich's five-month delay was substantial, its alleged meritorious defense—that no coverage exists for Hunter's claim—strongly weighs in favor of setting

aside the default. *Johnson,* 140 F.3d at 784. The premise of all the prior proceedings was the existence of coverage in some amount. This issue needs sorting. Finally, there is no prejudice to Hunter beyond delay by allowing the case to proceed on its normal course. *Johnson,* 140 F.3d at 785. The law prefers decisions on the merits. No bond is necessary.

Greenwich's motion, *Doc. 20,* is granted. The Court vacates the Clerk's default, *Doc. 6,* and the Order on liability, *Doc. 7.* The Court refers the case back to Magistrate Judge Harris to handle all pretrial matters, including making a recommendation on any dispositive motions.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

5 November 2026